927 A.2d 96

IN THE MATTER OF ARTHUR E. SWIDLER,
AN ATTORNEY AT LAW.

July 16, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–031, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ARTHUR E. SWIDLER** of **TRENTON**, who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should refund the $1,500 retainer in the *Purnell* matter;

And good cause appearing;

It is ORDERED that **ARTHUR E. SWIDLER** is hereby reprimanded;  and it is further

ORDERED that respondent shall return the $1,500 retainer in the *Purnell* matter within thirty days after the filing date of this Order and submit proof thereof to the Office of Attorney Ethics;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.